# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BANK OF AMERICA, NATIONAL
ASSOCIATION AS SUCCESSOR BY
MERGER TO LASALLE BANK, N.A., AS
TRUSTEE RAMP 2007-RSI,

          Respondent

          v.

KRZYSZTOF DYNDAL AND KRYSTYNA
DYNDAL,

          Petitioners

: No. 124 MAL 2016
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 29th day of June, 2016, the Petition for Allowance of Appeal and Motion for Leave to File Reproduced Record are **DENIED**.